FILED

MAR 18 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____RRm_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0393H |
| Plaintiff, | I N F O R M A T I O N<br>**(Superseding)** |
| v. | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| ALVARO SOSA-RAMIREZ, | |
| Defendant. | |

The United States Attorney charges:

On or about November 27, 2005, within the Southern District of California, defendant ALVARO SOSA-RAMIREZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a United States Border Patrol agent that his name was Evencio Ramirez, whereas in truth and fact, as defendant then and there

//
//
//
//
//

CJB:kmm:San Diego
3/17/08

```
 1  well knew that statement and representation was false, fictitious
 2  and fraudulent when made; in violation of Title 18, United States
 3  Code, Section 1001.
 4
 5       DATED: 3/18/08         .
 6                                    KAREN P. HEWITT
                                      United States Attorney
 7
 8                                    /s/ Carla J. Bressler
 9                                    CARLA J. BRESSLER
                                      Assistant U.S. Attorney
```